Opinion: PER CURIAM.

The facts presented by this record are the same as those involved in *State ex rel. Skrukrud* v. *District Court, ante,* p. 570, 230 Pac. 1089, and upon the authority of that case a peremptory writ will issue herein in conformity to the prayer of the petition.

*Write issued.*

---

STATE EX REL. WENDT, RELATOR, v. DISTRICT COURT
ET AL., RESPONDENTS.

(No. 5,629.)

(Submitted October 15, 1924. Decided November 24, 1924.)

[230 Pac. 1091.]

(For syllabus, see *State ex rel. Skrukrud* v. *District Court, ante,* p. 570.)

Original application for writ of prohibition by the State on the relation of Art Wendt against the District Court of the Seventh Judicial District in and for the county of Dawson and the Judge thereof. Peremptory writ issued.

*Messrs. Hurley & O'Neil, Mr. C. A. Spaulding* and *Mr. H. F. McConnell,* for Relator.

*Mr. L. A. Foot,* Attorney General, and *Mr. L. V. Ketter,* Assistant Attorney General, for the State.

Opinion: PER CURIAM.

The facts presented by this record are the same as those involved in *State ex rel. Skrukrud* v. *District Court, ante,* p. 570, 230 Pac. 1089, and upon the authority of that case a peremptory writ will issue herein in conformity to the prayer of the complaint.

*Writ issued.*